**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

PRECISION SHOOTING EQUIPMENT,
INC.,

    Plaintiff,

vs.                                         CASE NO. 8:00-CIV-450-T-17-TGW

GOLDEN EAGLE INDUSTRIES,
INC., et al.,

    Defendants.
_____/

**<u>ORDER</u>**

       This cause is before the Court on the defendant, Charles L. Palmer's, motion for reconsideration (Docket No. 132) and response thereto (Docket No. 137). The Court has reviewed the motion and the response and concludes that the motion for reconsideration is not well-taken. The Court still finds that there are material issues of fact which preclude granting the defendant a summary judgment based on his claimed laches defense. The Court has not precluded that defense from being raised at trial but has declined to enter summary judgment on that issue. Accordingly, it is

CASE NO. 8:00-CIV-450-T-17-TGW

**ORDERED** that the motion for reconsideration (Docket No. 132) be **denied**.

**DONE and ORDERED** in Chambers, in Tampa, Florida, this 21st day of September, 2005.



ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to: All parties and counsel of record